# UNITED STATES DISTRICT COURT

____NORTHERN____ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ROBERT J. HEINZ

**FILED**
JAN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE DENLOW

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 0010

I, Larry L. Lapp, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 9, 2008__ in ____Cook____ county, in the ____Northern____ District of ____Illinois____ defendant ROBERT J. HEINZ did

by force and intimidation, take from the person and the presence of others money belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, 545 Sherwood Avenue, LaGrange Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) <u>Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes  ___No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 10, 2008__                         at __Chicago, Illinois__
Date                                                           City and State

Morton Denlow, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

State of Illinois

County of Cook

## AFFIDAVIT

I, LARRY L. LAPP, first being duly sworn, state the following under oath:

1. I am a Special Agent with the United States Federal Bureau of Investigation ("FBI") and have been employed as such for over seven years. I am currently assigned to the Chicago FBI's West Resident Agency conducting investigations of bank robberies, kidnaping, extortions and other violent crimes. The information contained in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint against ROBERT J. HEINZ and does not contain all of the facts known to me regarding this and/or other cases.

### BANK ROBBERY INVESTIGATION

2. According to witness statements, on January 9, 2008, at approximately 10:15 a.m., a white male, later identified as ROBERT J. HEINZ walked into the Fifth Third Bank, located at 545 Sherwood Avenue, LaGrange Park, Illinois, and approached a teller station. When he reached the counter, HEINZ handed the teller, VICTIM A, a demand

note written on a Fifth Third Bank withdrawal slip, which read:  "This is a robbery.  No alarm.  No dye pack.  100's, 50's, 20's."

3.   HEINZ then stated to VICTIM A:  "This is a robbery.  Give me the 100s, 50s and 20s.  Give me the money and don't say anything.  No dye packs."   VICTIM A then handed HEINZ all of the $100, $50, and $20 bills from her top teller drawer, excluding the dye pack.  HEINZ then put the cash into his coat pocket, retrieved the demand note, and left the bank.  After HEINZ exited the bank, VICTIM A observed HEINZ walk through the bank parking lot towards an adjacent Jewel Store parking lot and enter a black Ford pick-up truck with tinted windows.  Victim A then saw the black Ford pick-up truck travel southbound through the Jewel parking lot and turn westbound on Woodlawn Street in the direction of LaGrange Road.

4.   Another bank employee, WITNESS A, also observed HEINZ enter a black Ford pick-up truck with dark windows. WITNESS A believed the first two digits of the license plate were either "Z2" or "72".

5.   VICTIM A described the robber as a skinny white male, approximately 45 years old, standing at or close to 6'3", wearing a black knit hat, sunglasses, and a dark jacket.

6.   Fifth Third Bank reported a loss from the robbery of $8,370.00 of United States currency ("USC").  Fifth Third Bank was then and is now insured by the Federal

Deposit Insurance Corporation ("FDIC"), under FDIC certificate number 993-8.

### ARREST OF ROBERT J. HEINZ

7. At 10:20 a.m. on January 9, 2008, the LaGrange Park Police Department received a 911 emergency call. The caller stated that the Fifth Third Bank, 545 Sherwood Avenue, LaGrange Park, Illinois, had just been robbed by a white male, who left the area in a black pick-up truck with tinted windows. At approximately 10:23 a.m., a responding police vehicle observed a black pick-up truck traveling northbound in the 900 block of LaGrange Road and initiated a traffic stop. The traffic stop occurred approximately five blocks from Fifth Third Bank.

8. At the time of the stop, the black Ford Explorer Sport Trac, with Illinois license plate number 72806F, was occupied by three adult males and one infant in a car seat. The driver and back seat passenger of the vehicle were black males, while the front seat passenger was a white male later identified as HEINZ. The officers located $8,300.00 in USC in the car underneath the front passenger seat, along with a black knitted hat. Law enforcement officers found a $20 bill in the back seat of the truck and recovered $60 from the driver's left jacket pocket. In addition, a piece of paper was found in Heinz's back pants pocket, which matched the description of the demand note used by the robber.

9. VICTIM A was then brought to the scene and positively identified HEINZ as the bank robber and identified the Ford Explorer Sport Trac as the black pick-up truck she observed HEINZ enter after the robbery.

10. At the time of the traffic stop, HEINZ was wearing clothing and sunglasses that matched the clothing and sunglasses worn by the suspect captured on the Fifth Third Bank's digital surveillance system. HEINZ is a white male, 6'0" tall and weighs approximately 175 pounds.

11. Based on the facts set forth above, Affiant respectfully submits that there is probable cause to believe that ROBERT J. HEINZ violated Title 18, United States Code 2113(a), in that he took by force and intimidation, from the person and the presence of others money belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, 545 Sherwood Avenue, LaGrange Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

12.  Further affiant sayeth not.

_____
Larry L. Lapp
Special Agent
Federal Bureau of Investigation
Chicago, Illinois

Subscribed and sworn before me this 10th day of January, 2008.

_____
MORTON DENLOW
United States Magistrate Judge