# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 10 - 1 | **DATE** | 1/10/2008 |
| **CASE TITLE** | USA vs. Robert J. Heinz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/10/08. Defendant informed of rights. Enter order appointing Matthew Joseph Madden to represent defendant. Defendant waives his right to a detention hearing without prejudice. Defendant to remain in custody pending preliminary examination set to 1/18/08 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:09

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|