**FILED**

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE BUCKLO**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 10 |
| v. ) | |
| ) | Violations: Title 18, United States |
| ROBERT J. HEINZ ) | Code, Sections 2113(a) |

**MAGISTRATE JUDGE DENLOW**

<u>COUNT ONE</u>

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about December 22, 2007, at Downers Grove, in the Northern District of Illinois, Eastern Division,

ROBERT J. HEINZ,

defendant herein, by intimidation, did take from the person and presence of a bank teller money belonging to and in the care, custody, control, management, and possession of the TCF Bank, 1148 Ogden Avenue, Downers Grove, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about December 28, 2007, at Niles, in the Northern District of Illinois, Eastern Division,

ROBERT J. HEINZ,

defendant herein, by intimidation, did take from the person and presence of a bank teller money belonging to and in the care, custody, control, management, and possession of the TCF Bank, 5667 W. Touhy Avenue, Niles, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 9, 2008, at LaGrange Park, in the Northern District of Illinois, Eastern Division,

ROBERT J. HEINZ,

defendant herein, by intimidation, did take from the person and presence of a bank teller money belonging to and in the care, custody, control, management, and possession of the Fifth Third Bank, 545 Sherwood Road, LaGrange Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY