**08CR 0010**

**JUDGE BUCKLO**

**MAGISTRATE JUDGE DENLOW**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ___ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 10; U. S. v. Heinz**       *Denlow*    MAGISTRATE JUDGE DENLOW

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO _X_ YES ___

6) What level of offense is this indictment or information? FELONY _X_ MISDEMEANOR ___

7) Does this indictment or information involve eight or more defendants? NO _X_ YES ___

8) Does this indictment or information include a conspiracy count? NO _X_ YES ___

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust .... (II)
   ☒ Bank robbery ......... (II)
   ☐ Post Office Robbery ... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault .............. (III)
   ☐ Burglary ............. (IV)
   ☐ Larceny and Theft .... (IV)
   ☐ Postal Embezzlement .. (IV)
   ☐ Other Embezzlement ... (III)
   ☐ Income Tax Fraud ..... (II)
   ☐ Postal Fraud ......... (II)
   ☐ Other Fraud .......... (III)
   ☐ Auto Theft ........... (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery .............. (III)
   ☐ Counterfeiting ....... (III)
   ☐ Sex Offenses ......... (II)
   ☐ DAPCA Marijuana ...... (III)
   ☐ DAPCA Narcotics ...... (III)
   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ..... (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ..... (IV)
   ☐ Motor Carrier Act .... (IV)
   ☐ Selective Service Act . (IV)
   ☐ Obscene Mail ......... (III)
   ☐ Other Federal Statutes (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

    **Title 18, United States Code, Section 2113(a)**

**FILED**
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
**J. GREGORY DEIS**
Assistant United States Attorney