# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00010
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Robert J Heinz

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Robert J Heinz, pursuant to parties' request, Change of Plea Hearing reset for 5/13/2008 at10:30 AM. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.