Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 10 - 1 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA vs. Heinz | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew his plea of not guilty to all counts of the indictment and entered a plea of guilty to those counts. Defendant was informed his rights. Judgment of guilty entered on all counts. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 7/14/08; and response by 7/21/08. Sentencing set for 7/25/08 at 1:30 p.m. Plea Declaration filed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|